NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 21-283 consolidated with CA 21-282

STEPHANIE NICOLE DISATELL

VERSUS

LANCE D. SMITH

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 256,049
HONORABLE PATRICIA EVANS KOCH, DISTRICT JUDGE

**********

BILLY H. EZELL
JUDGE

**********

Court composed of Billy H. Ezell, John E. Conery, and Van H. Kyzar, Judges.

AFFIRMED.

**E. Grey Burnes Talley**
**711 Washington Street**
**Alexandria, LA 71301**
**(318) 442-5231**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
　　**Stephanie Nicole Disatell**

**Candace Wells-Losavio**
**1024 8th Street**
**Alexandria, LA 71301**
**(318) 528-8808**
**COUNSEL FOR DEFENDANT/APPELLEE:**
　　**Lance D. Smith**

**EZELL, Judge.**

For the reasons set forth in the companion consolidated case hereto, *Stephanie Nicole Disatell v. Lance D. Smith*, 21-282 (La.App. 3 Cir. ___), ___ So.3d ___, the decision of the trial court is hereby affirmed.

**AFFIRMED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.